UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

In re IVOR DRUMMOND, )
                                      ) 3:08-cv-00545-LRH-VPC
            Plaintiff, )
                                      ) ORDER
_____)

       The Court has considered the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#4) entered on April 30, 2009, in which the Magistrate Judge recommends that this action be dismissed without prejudice for failure to comply with Order (#3) in a timely manner. The Court has considered the pleadings and memoranda and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

       ADOPTS AND ACCEPTS the Report and Recommendation of U.S. Magistrate Judge (#4); therefore, this action is dismissed without prejudice for failure to comply with court Order (#3) and the Clerk of the Court shall enter judgment accordingly.

       IT IS SO ORDERED.

       DATED this 16th day of Sept, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE