AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

In re; IVOR DRUMMOND,

    Plaintiff.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-cv-00545-LRH-VPC**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice for failure to comply with court Order (#3).


September 18, 2009             **LANCE S. WILSON**
                                                  Clerk


                                               /s/ D. R. Morgan
                                                  Deputy Clerk